

July 9, 2025

Tristram J. Coffin
(802) 863-2375
tcoffin@drm.com

**BY ELECTRONIC FILING**

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Re: *Blanchette Porter v. Dartmouth-Hitchcock Clinic, et al.*, 25-1382 (2d Cir.) – **Stay Status Update Letter**

Dear Ms. Wolfe:

I represent Defendants-Appellants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health (collectively, "Appellants") in the above-referenced matter. Pursuant to the Court's June 3, 2025 Notice of Required Case Status Update, I write to provide the Court with an update on the status of the parties' post-trial motions.

On May 8, 2025, Plaintiff-Appellee filed her Motion to Amend Judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure. (ECF No. 302, D. Vt. Case No. 2:17-cv-194). On May 22, 2025, Appellants filed their Motion to Alter or Amend the Judgment and, in the Alternative, for a New Trial on Plaintiff's VFEPA Claim (ECF No. 305, D. Vt. Case No. 2:17-cv-194) and Motion for a New Trial Related to Damages Issues (ECF No. 308, D. Vt. Case No. 2:17-cv-194), both pursuant to Rule 59 of the Federal Rules of Civil Procedure.

On July 1, 2025, the District of Vermont heard oral argument on the parties' post-trial motions. (ECF No. 328, D. Vt. Case No. 2:17-cv-194). All three motions remain pending before the District of Vermont.

If you need any additional information, please feel free to contact me directly.

Sincerely,

Tristram J. Coffin

cc: Counsel of Record
25033530.1