## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: **Blanchette Porter v. Dartmouth-Hitchcock Clinic**　　　Docket No.: **25-1382**

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: **Donald William Schroeder**

Firm: **Foley & Lardner, LLP**

Address: **111 Huntington Ave Suite 2500, Boston, MA 02199**

Telephone: **617.342.4041**　　　Fax: **617.342.4001**

E-mail: **dschroeder@foley.com**

Appearance for: **Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, Dartmouth-Hitchcock Health, and Dartmouth-Hitchcock Medical Center / Defendants - Appellants**
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: **Tristram J Coffin/Downs Rachlin Martin PLLC**)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

---

### CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on **December 1, 2020**　　　OR

☐ I applied for admission on _____.

Signature of Counsel: *[signature]*

Type or Print Name: **Donald W. Schroeder**