

111 HUNTINGTON AVE
SUITE 2500
BOSTON, MA 02199-7610
617.342.4000 TEL
617.342.4001 FAX
FOLEY.COM

WRITER'S DIRECT LINE
617.342.4041
dschroeder@foley.com

August 4, 2025

**BY ELECTRONIC FILING**

Catherine O'Hagan Wolfe, Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

   RE: *Blanchette Porter v. Dartmouth-Hitchcock Clinic, et al., 25-1382 (2d Cir.) – Case Status Update*

Dear Ms. Wolfe:

  I represent Defendants-Appellants Dartmouth-Hitchcock Medical Center, Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, and Dartmouth-Hitchcock Health (collectively, "Appellants") in the above-referenced matter. Pursuant to the Court's June 3, 2025 Notice of Required Case Status Update, I write to provide the Court with an update on the status of the parties' post-trial motions.

  On May 8, 2025, Plaintiff-Appellee filed her Motion to Amend Judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure. (ECF No. 302, D. Vt. Case No. 2:17-cv-194). On May 22, 2025, Appellants filed their Motion to Alter or Amend the Judgment and, in the Alternative, for a New Trial on Plaintiff's VFEPA Claim (ECF No. 305, D. Vt. Case No. 2:17-cv-194) and Motion for a New Trial Related to Damages Issues (ECF No. 308, D. Vt. Case No. 2:17-cv-194), both pursuant to Rule 59 of the Federal Rules of Civil Procedure.

  On July 1, 2025, the United States District Court for the District of Vermont heard oral argument on the parties' post-trial motions. (ECF No. 328, D. Vt. Case No. 2:17-cv-194). All three motions remain pending before the United States District Court for the District of Vermont.

  If you need any additional information, please feel free to contact me directly.

AUSTIN | BOSTON | BRUSSELS | CHICAGO | DALLAS | DENVER | DETROIT | HOUSTON | JACKSONVILLE | LOS ANGELES
MADISON | MEXICO CITY | MIAMI | MILWAUKEE | NASHVILLE | NEW YORK | ORLANDO | RALEIGH | SACRAMENTO | SALT LAKE CITY
SAN DIEGO | SAN FRANCISCO | SILICON VALLEY | TALLAHASSEE | TAMPA | TOKYO | WASHINGTON, D.C.

4936-9375-9833.1



August 4, 2025
Page 2

Regards,

Donald W. Schroeder

cc: Counsel of Record