# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 27th day of February, two thousand twenty-six.

_____

Blanchette Porter

v.

Dartmouth Hitchcock Medical Center

_____

AMENDED
**ORDER**
25-1382 (L),
25-3155 (XAP)

This Court's Civil Appeals Mediation Program ("CAMP") has scheduled mediation in this appeal pursuant to Local Rule 33.1:

Date: Friday, April 10, 2026 at 10:30 AM (ET).

Venue: Telephone mediation.

Required Attendees: Clients and counsel must attend (and, if relevant, insurance representatives), unless otherwise provided by CAMP.

Duration: 3 hours must be allocated.

Instructions: Counsel must provide the name, phone number and email address of their client, and, if relevant, the client's insurance representative. Please provide this information to CAMP via email to camp_support@ca2.uscourts.gov within 5 days of receipt of this Order. CAMP will email dial-in information, including a PIN, to each individual two weeks prior to the mediation. A PIN is unique to each caller and cannot be shared.

Kathleen M. Scanlon, Chief Circuit Mediator, will hold the mediation.

Counsel are directed to be prepared to discuss the legal merits of each issue on appeal, settlement possibilities, and the narrowing or clarification of issues.

Information shared during a CAMP proceeding is confidential. Attorneys and other participants are prohibited from disclosing what is said in a CAMP proceeding to anyone other than clients, principals or co-counsel. See Local Rule 33.1(e).

Counsel must proceed with the so-ordered briefing schedule. See Local Rule 31.2. Mediation does not constitute an "extraordinary circumstance" for the purpose of seeking a briefing extension. See Local Rule 27.1(f).

Any questions regarding this order should be sent via email to camp_support@ca2.uscourts.gov or by calling (212) 857-8760.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

