

## Vitt & Nunan
LAW OFFICE

April 2, 2026

**<u>BY ELECTRONIC FILING</u>**

Clerk of Court
U.S. Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

> **RE:** ***Blanchette Porter v. Dartmouth-Hitchcock Clinic, et al.,***
> ***25-1382; 25-3155 (2d Cir.) - Scheduling Request***

Dear Sir or Madam:

I represent Plaintiff-Appellee-Cross-Appellant Misty Blanchette Porter in the above-referenced matter. Pursuant to the Local Rule 31.2, I write to request a deadline of June 16, 2026, for submission of Appellee's Response Brief/Cross-Appellant's Principal Brief.

If you need any additional information, please feel free to contact me directly.

Regards,

*/s/ Geoffrey J. Vitt*

Geoffrey J. Vitt

cc:     Counsel of Record

Vitt & Nunan, PLC ~ GEOFFREY J. VITT ~ gvitt@vittnunanlaw.com
8 Beaver Meadow Road, PO Box 1229, Norwich, VT 05055 ~ 802-649-5700
Fax 802-649-1692 ~ PO Box 349, Hanover, NH 03755 www.vittnunanlaw.com