# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 3rd day of April, two thousand twenty-six,

_____

| | |
|---|---|
| Misty Blanchette Porter, M.D., | **ORDER** |
| | Docket No. 25-1382 |
|     Plaintiff-Appellee-Cross-Appellant, | |
|   v. | |
| Dartmouth-Hitchcock Clinic, Mary Hitchcock Memorial Hospital, Dartmouth-Hitchcock Health, Dartmouth-Hitchcock Medical Center, | |
|     Defendants-Appellants-Cross-Appellees. | |

_____

      Counsel for Appellee-Cross-Appellant Misty Blanchette Porter has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting June 16, 2026 as the brief filing date.

      It is HEREBY ORDERED that Appellee-Cross-Appellant's brief must be filed on or before June 16, 2026.  If the brief is not filed by that date, the appeal will proceed to a merits panel for determination forthwith, and Appellee-Cross-Appellant will be required to file a motion for permission to file a brief and appear at oral argument. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

                        For The Court:

                        Catherine O'Hagan Wolfe,
                        Clerk of Court

